UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 3:23-cv-00948-TJC-JBT

Bee Creek Photography,

        Plaintiff,

  v.

Golf Travel Consulting, Inc.,

        Defendant.

------------------------------------------------/

## NOTICE OF SETTLEMENT

Now comes the Plaintiff BEE CREEK PHOTOGRAPHY by and through counsel, to provide notice to the Court that the present cause has been settled in principle between the parties, and states as follows:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Voluntary Dismissal *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

1

3. We respectfully request the Court provide that the parties may seek to reopen the matter for sixty (60) days to assure that the Agreement is executed and that the all terms of settlement have been consummated.

DATED: January 8, 2024

**SANDERS LAW GROUP**

By: ___*/s/ Craig Sanders*___
Craig Sanders, Esq. (Fla Bar 0985686)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
*Attorneys for Plaintiff*

2